UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DETROIT PUBLIC SCHOOLS, PROGRAM
MANAGEMENT TEAM,

      Plaintiff,

v.                                          Case No. 09-11915

VALLEY FORGE INSURANCE COMPANY,

      Defendant.
                                          /

**ORDER TERMINATING AS MOOT DEFENDANT'S MOTIONS TO COMPEL**

On November 6, 2009, the court conducted a status conference in the above-captioned case with counsel for both Plaintiff and Defendant. During the conference, the court discussed with the parties three outstanding motions to compel [Dkt. ## 7, 15, & 16] and one outstanding motion to dismiss [Dkt. # 11]. The parties agreed that recently produced discovery materials and a deposition resolved all issues raised by the three outstanding motions to compel. Accordingly,

IT IS ORDERED that Defendant's "Motion to Compel Production of Documents" [Dkt. # 7], "Motion to Compel Production of Insurance Documents from Barton Malow Company" [Dkt. # 15], and "Motion to Compel Documents from AECOM Services of Michigan, Inc." [Dkt. # 16] are TERMINATED AS MOOT.

                                              S/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: November 6, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 6, 2009, by electronic and/or ordinary mail.

                                           S/Lisa Wagner
                                       Case Manager and Deputy Clerk
                                       (313) 234-5522